## MEMORANDUM

FILED
IN CLERK'S OFFICE

2003 DEC 16  P 1:51

U.S. DISTRICT COURT
DISTRICT OF MASS.

TO:   Deputy Clerk
      Miscellaneous Business Docket

FM:   Nancy M. Rojas  *nmR*
      Financial Litigation Unit
      U.S. Attorney's Office

DATE: December 16, 2003

RE:   U.S. v. Jeffrey A. Guay

Attached is a certified copy of the above-named Judgment entered in the Trial Court of Massachusetts District Court.

Please register the Judgment in this district; issue an MBD Number; annotate the MBD number on the bottom of this form; and return this form to my attention. The judgment debtor presently resides at 5 Loudon Street, Worcester, Massachusetts.

Please note that pursuant to 28 U.S.C. § 1963, the United States no longer has to file a CIV 101 with its request to register a judgment; we just need to file a certified and attested copy of the judgment.

If you have any additional questions, please contact me at (617) 748-3288. Thank you for attention to this matter.

Attachment

MBD No.  03-10399

Dated: _____

| | | | |
|---|---|---|---|
| **JUDGMENT FOR THE PLAINTIFF BY DEFAULT** Mass. R. Civ. P. 55(b) | **DOCKET NUMBER** 0050CV1168 | | **Trial Court of Massachusetts District Court Department** |

**CASE NAME**

Sallie Mae Servicing Corp.
*Plaintiff*

vs.

Jeffrey A. Guay
*Defendant*

**COURT NAME, ADDRESS & PHONE**

Malden District Court
89 Summer Street
Malden, MA 02148
(781)322-7500

JUDGE *(only if judgment under Mass.R.Civ.P. 55(b)(4))*

## JUDGMENT

Upon the request of the Plaintiff named above, whose claim against the Defendant named above is for a sum certain or a sum which can by computation be made certain by the clerk-magistrate pursuant to Mass. R. Civ. P. 55(b)(3), or which has been determined upon an assessment of damages by the Court pursuant to Mass. R. Civ. P. 55(b)(4), **JUDGMENT IS HEREBY ENTERED** on behalf of such Plaintiff against such Defendant, who has been defaulted, for the "Judgment Total" shown below, with postjudgment interest thereon pursuant to G.L. c. 235, § 8 from the "Date Judgment Entered" shown below at the "Annual Interest Rate" shown below.

### NOTICE OF ENTRY OF JUDGMENT

Pursuant to Mass. R. Civ. P. 54, 58 and 79(a), this judgment has been entered on the docket on the "Date Judgment Entered" shown below. Pursuant to Mass. R. Civ. P. 77(d), this notice of such entry has been sent to all parties.

**A TRUE COPY ATTEST:**

**CLERK-MAGISTRATE**

| | | | |
|---|---|---|---|
| 1. | Date of Breach, Demand or Complaint | | 1/18/00 |
| 2. | Date Judgment Entered | | 9/5/00 |
| 3. | Number of Days of Prejudgment Interest *(Line 2 - Line 1)* | | 231 Days |
| 4. | Annual Interest Rate *(G.L. c. 231, §§ 6B-6C)* | | 12.00% |
| 5. | Daily Interest Rate *(Line 4÷365)* | | 0.0329% |
| 6. | Single Damages | | $ 19,555.86 |
| 7. | Prejudgment Interest *(Lines 3x5x6)* | | $ 1,485.17 |
| 8. | Double or Treble Damages Awarded by Court *(where authorized by statute)* | | |
| 9. | Costs | Entry Fee & Surcharge *(G.L. c.261, §26)* | $ 110.00 | |
| 10. | | Statutory Attorney Fee *(G.L. c.261, §26)* | $ 2.50 | |
| 11. | | Term Fee *(G.L. c.261, §26)* | $ 3.00 | |
| 12. | | Witness Fees *(c.262, §29: $6/day & 10¢/mile)* | | |
| 13. | | Other Costs Awarded by Court | $ 28.45 | $ 143.95 |
| 14. | Attorney Fees Awarded by Court *(where authorized by statute)* | | |
| 15. | **JUDGMENT TOTAL** *(Lines 6+7+8+13+14)* | | $ 21,184.98 |

| DATE JUDGMENT ENTERED | CLERK-MAGISTRATE/ASST. CLERK | |
|---|---|---|
| September 5, 2000 | X | |

9/5/0 3:19PM mab

**Sallie Mae Servicing**
PO BOX 6228
INDIANAPOLIS IN 46206
(800) 251-4127

MALDEN DISTRICT COURT
89 SUMMER ST
MALDEN        MA    02148-2523

ACCOUNT NUMBER: 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-1

Dear MALDEN DISTRICT COURT,                                        01/16/01

### ASSIGNMENT OF JUDGMENT

I, EDWARD SARACINO, representing the Student Loan
Marketing Association/Loan Servicing Center/Pennsylvania (Sallie Mae) of
220 Lasley Avenue, City of Wilkes-Barre, County of Luzerne, State of
Pennsylvania, in consideration of the sum of $20041.03, receipt of
which is acknowledged, paid to me by the United States of America, the
assignee, hereby assign the judgment, recovered by Sallie Mae
on 9/5/00, docketed in MALDEN, Case No. 0050CV001168,
against  JEFFREY A GUAY,  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-1, for
$20041.03 (amount of judgment, indicating treatment of interest,
court costs, and attorney's fees, if appropriate).

Assign or authorizes the United States of America to ask, demand, and
receive, and to sue out executions and take all lawful ways for recovery
of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the
United States of America from enforcing this judgment.

The Servicing Center/Pennsylvania address is: P.O. Box 9400,
Wilkes-Barre, PA 18733-9400.  Phone:  (570) 821-3600.

The DHHS address is: Department of Health and Human Services, Debt
Management Branch, 5600 Fishers Lane, Room 2-B-60, Rockville, MD  20857,
(301) 443-1782.

I have executed this assignment at Loan Servicing Center/Pennsylvania
the  16TH of JANUARY, 2001.

_____
(Signature)

Sworn before me this __17__ day of __Jan__, 20_01_.

__Edward Saracino__   Affiant _X_ is known to me personally
                              ___ provided valid identification
                              Type of identification provided:

My commission expires _10/8/01_.   __Kathleen Murray__

> Notarial Seal
> Kathleen Murray, Notary Public
> Hanover Twp., Luzerne County
> My Commission Expires Oct. 8, 2001

PHONE (800) 251-4127    •    FAX (800) 848-1949    •    TDD/TTY (888) 833-7562    •    24 HRS/7 DAYS

L100   LPEJS0   4880

