UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 JUN 28 P 3: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | COURT NO. MBD-03-10399 |
| ) | |
| JEFFREY A. GUAY ) | |
| ) | |
| Defendant, ) | |
| ) | |
| *and* ) | |
| ) | |
| GARDNER DENTAL GROUP ) | |
| ) | |
| Garnishee. ) | |

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

Pursuant to 28 U.S.C. § 3205(b)(1), the Federal Debt Collection Procedures Act, the Plaintiff, United States of America, petitions the Clerk of the United States District Court to issue a Writ of Garnishment upon wages, which Gardner Dental Group, located at 49 Cross Street Extension, Gardner, MA is believed to disburse to the Defendant, Jeffrey A. Guay (hereinafter "Guay") to satisfy a $21,867.73 judgment entered against Guay.

In support, the United States says:

1.   On December 17, 2003, a $21,867.73 judgment was entered against Guay, social security number 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, last known address of 5 Loudon Street, #2, Worcester, MA 01610 in the United States District Court for the District of Massachusetts.

2.   Guay is indebted to the United States for the judgment amount of $21,867.73; plus accrued interest at the rate of 2.17 percent per annum. The total balance as of June 28, 2004 is $22,119.31.

3.      The United States made demand for payment of the aforementioned debt upon Guay not less than 30 days prior to the date of this Application, and Guay has failed to satisfy the debt.

4.      The United States believes the Garnishee, Gardner Dental Group, disburses wages to Guay, and that Guay has a substantial nonexempt interest in such wages.

WHEREFORE, the United States of America petitions the Clerk of the United States District Court to issue a Writ of Garnishment upon wages, which Gardner Dental Group is believed to disburse to Guay, to satisfy the $21,867.73 judgment entered against Guay on December 17, 2003.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By:     *signature*

CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3303

June 28, 2004