UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | COURT NO. MBD-03-10399 |
| ) | |
| JEFFREY A. GUAY ) | |
| ) | |
| Defendant, ) | |
| ) | |
| *and* ) | |
| ) | |
| GARDNER DENTAL GROUP ) | |
| ) | |
| Garnishee. ) | |

## CERTIFICATION OF SERVICE OF DOCUMENTS

The Plaintiff, United States of America, certifies that on the date set forth below the Defendant, Jeffrey A. Guay, last known address of 5 Loudon Street, #2, Worcester, MA 01610, was served by first-class mail the following documents:

1. Copy of Application For Writ of Continuing Garnishment.

2. Copy of Writ of Continuing Garnishment with attached Claim of Exemptions Form.

3. Clerk's Notice of Garnishment.

4. Notice of Garnishment and Instructions.

The United States of America further certifies that on the date set forth below, the Garnishee, Gardner Dental Group, 49 Cross Street Extension, Gardner, MA 01440, was served by first-class mail the following documents:

1. Copy of Application For Writ of Continuing Garnishment.

2. Writ of Continuing Garnishment with attached Claim of Exemptions Form.

3. Answer of the Garnishee and accompanying instructions.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

Date: 7/2/04