UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | COURT NO. MBD-03-10399 |
| JEFFREY A. GUAY | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| GARDNER DENTAL GROUP | ) | |
| | ) | |
| Garnishee. | ) | |

## ANSWER OF THE GARNISHEE

___Shannon Legare___, being duly sworn deposes and says:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name

of _Dwight K. Stowell JR DMD   DBA Athol Dental Associates_
(State full name and address of business) _and DBA Gardner Dental Group_

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member of _____, a partnership which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the _____ (State Official Title) of Garnishee, _____

a corporation, organized under the laws of the State of _____.

On __July 12, 2004__, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above):

Yes      No

 ✓       ___      1.   Defendant was in my/our employ.

2.   Pay period is ___ weekly, ___ bi-weekly       _D) is paid on commissions w/_
     _X_ semi-monthly, ___ monthly.                _a weekly pay that varies at_
                                                   _each period at this time_
Enter date present pay period began.  __7/1/04__.

(Present means the pay period in which this order and notice of garnishment were served)

Enter date above pay period ends.  __7/31/04__.

3.   Enter amount of net wages. Calculate below:

     (a) Gross Pay                   $_____
     (b) Federal income tax          $_____
     (c) F.I.C.A. income tax         $_____
     (d) State income tax            $_____
         Total of tax withholdings   $_____
         Net Wages                   $_____
         (a less total of b,c,d)

4.   Have there been previous garnishments in effect?   Yes ✓   No ___

     If the answers is yes, describe below.

     _IC is withhold_____
     _____
     _____

5.  The Garnishee has custody, control, or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

If you deny that you hold property subject to this order of garnishment, check the applicable line below.

✓   The Garnishee makes the following claim of exemption on the part of Defendant: _____ _____.

___  The Garnishee has the following objections, defenses, or

set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim: _____. The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest, and is in no manner liable as Garnishee in this action.

The Garnishee mailed a copy of this answer by first-class mail to: (1) Jeffrey A. Guay, 5 Loudon Street, #2, Worcester, MA 01610; and (2) Christopher R. Donato, Assistant U.S. Attorney, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

_____
Garnishee

Subscribed and sworn to before me this 14 day of July, 2004.

_____
Notary Public

My Commission expires:



EILEEN M. SEYMOUR
Notary Public
Commonwealth of Massachusetts
My Commission Expires Jun 23, 2006