UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>JEFFREY A. GUAY,<br>    Defendant,<br><br>and<br><br>GARDNER DENTAL GROUP,<br>    Garnishee. | Court No. MBD-03-10399 |

### ORDER

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, Gardner Dental Group, is to disburse 15 percent of Jeffrey A. Guay's wages after all deductions required by law, excluding retirement deductions, to the Department of Justice, c/o United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210, Attn.: USAO # 2003Z00467 - Jeffrey A. Guay, until Jeffrey A. Guay's $21,867.73 judgment debt; plus 2.17 percent interest per annum on the principal amount as of the date of judgment; plus costs, is satisfied.

APPROVED:                                               SO ORDERED:

_William G. Young_                                      _____
UNITED STATES DISTRICT JUDGE                            DEPUTY CLERK
                                                        UNITED STATES DISTRICT COURT

DATED: _Sept. 13, 2004_

