UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Court No. MBD-03-10399 |
| JEFFREY A. GUAY | ) | |
|     Defendant, | ) | |
| | ) | |
|     *and* | ) | |
| | ) | |
| GARDNER DENTAL GROUP | ) | |
|     Garnishee. | ) | |

**MOTION FOR WITHDRAWAL OF APPLICATION
FOR WRIT OF CONTINUING GARNISHMENT**

The Plaintiff, United States of America, hereby moves to withdraw its Application for Writ of Continuing Garnishment as the Garnishee has informed the United States of America that the defendant, Jeffrey Guay, is no longer employed by the Garnishee.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By:

 /s/ Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

Dated: February 7, 2006