UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | MBD-03-10399- |
| JEFFREY A. GUAY | ) | |
| Defendant, | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| ORTHODONTIC SPECIALISTS OF | ) | |
| WESTERN NEW ENGLAND | ) | |
| Garnishee. | ) | |

**APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**

Pursuant to 28 U.S.C. § 3205(b)(1)[1], the Federal Debt Collection Procedures Act, the Plaintiff, United States of America, petitions the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon wages, which Orthodontic Specialists of Western New England, located in Holyoke, MA is believed to disburse to the Defendant, Jeffrey A. Guay (hereinafter "Guay") to satisfy a $21,867.73 judgment entered against Guay.

In support, the United States says:

1.      On December 17, 2003, a $21,867.73 judgment was entered against Guay, social

---

[1]     Under 28 U.S.C. § 3205(b)(1), the United States files an application for writ of garnishment with the specified information with the Court. If the Court determines that the requirements are met, the Court shall issue the writ of garnishment. 28 U.S.C. § 3205(c)(1). Once the Court issues the writ of garnishment, the United States serves the writ on the defendant and the garnishee and certifies to the Court that it has done so. 28 U.S.C. § 3205(c)(3). Included with the service of the writ on the garnishee is an instruction explaining the requirement that the garnishee submit a written answer to the writ. 28 U.S.C. § 3205(c)(3)(A). Included with the service of the writ on the defendant are instructions for objecting to the answer of the garnishee and for obtaining a hearing on the objections. 28 U.S.C. § 3205(c)(3)(B). The garnishee shall answer the writ within 10 days of service. 28 U.S.C. § 3205(c)(2)(E). The defendant and the United States have 20 days after receipt of the answer to file an objection and request a hearing. 28 U.S.C. § 3205(c)(5). After the garnishee files an answer and if no hearing is requested within the required time period, the court shall promptly enter an order directing the garnishee as to the disposition of the judgment debtor's nonexempt interest in such property. If a hearing is timely requested, the order shall be entered within 5 days after the hearing, or as soon thereafter as practicable. 28 U.S.C. § 3205(c)(7).

security number 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, last known address in Worcester, MA in the United States District Court for the District of Massachusetts.

    2.    Guay is indebted to the United States for the judgment amount of $21,867.73; plus accrued interest at the rate of 2.17% percent per annum.  The total balance as of March 10, 2006 is $17,810.90.

    3.    The United States made demand for payment of the aforementioned debt upon Guay not less than 30 days prior to the date of this Application, and Guay has failed to satisfy the debt.

    4.    The United States believes the Garnishee, Orthodontic Specialists of Western New England, disburses wages to Guay, and that Guay has a substantial nonexempt interest in such wages.

    WHEREFORE, the United States of America petitions the Clerk of the United States District Court to issue a Writ of Garnishment upon wages, which Orthodontic Specialists of Western New England is believed to disburse to Guay, to satisfy the $21,867.73 judgment entered against Guay on December 17, 2003.

                                                   Respectfully submitted,

                                                 UNITED STATES OF AMERICA
                                                 By its attorneys

                                                 MICHAEL J. SULLIVAN
                                                 United States Attorney

                        By:

                                               /s/ Christopher R. Donato
                                               CHRISTOPHER R. DONATO
                                               Assistant U.S. Attorney
                                               1 Courthouse Way, Suite 9200
                                               Boston, MA  02210
                                               (617) 748-3303

Dated:  March 10, 2006