UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JEFFREY A. GUAY ) | MBD-03-10399- |
| ) | |
| Defendant, ) | |
| ) | |
| *and* ) | |
| ) | |
| ORTHODONTIC SPECIALISTS OF ) | |
| WESTERN NEW ENGLAND ) | |
| ) | |
| Garnishee. ) | |

CERTIFICATION OF SERVICE OF DOCUMENTS

The Plaintiff, United States of America, certifies that on the date set forth below the Defendant, Jeffrey A. Guay, last known address in Worcester, MA, was served by certified mail the following documents:

1. Copy of Application for Writ of Continuing Garnishment.

2. Copy of Writ of Continuing Garnishment with attached Claim of Exemptions Form.

3. Clerk's Notice of Garnishment.

4. Notice of Garnishment and Instructions.

5. Request for Hearing

The United States of America further certifies that on the date set forth below, the Garnishee, Orthodontic Specialists of Western New England in Holyoke, MA, was served by certified mail the following documents:

1. Copy of Application For Writ of Continuing Garnishment.

2. Writ of Continuing Garnishment with attached Claim of Exemptions Form.

3. Answer of the Garnishee and accompanying instructions.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Christopher R. Donato
      CHRISTOPHER R. DONATO
      Assistant U.S. Attorney
      1 Courthouse Way, Suite 9200
      Boston, MA 02210
      (617) 748-3303

Date: September 7, 2006