SCANNED DATE: 11/20/06 M.P.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 NOV 17 P 1:45

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
)   MBD-03-10399-WGY
JEFFREY A. GUAY )
)
Defendant, )
)
and )
)
ORTHODONTIC SPECIALISTS OF )
WESTERN NEW ENGLAND )
)
Garnishee. )

## ANSWER OF THE GARNISHEE

__Damian Leone_____, being duly sworn deposes and says:
   (Affiant)


**IF GARNISHEE IS AN INDIVIDUAL:**

That he/she is Garnishee herein doing business in the name of

_____
(State full name and address of business)


**IF GARNISHEE IS A PARTNERSHIP:**

That he/she is a member of _____, a partnership which Garnishee is a partner.


**IF GARNISHEE IS A CORPORATION:**

That he/she is the __V P Human Resources__ (State Official Title) of Garnishee, __OCA__

a corporation, organized under the laws of the State of __Delaware_____.

On _____, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above):

Yes _____    No ✓

1. Defendant was in my/our employ.

2. Pay period is ___ weekly, ___ bi-weekly ___ semi-monthly, ___ monthly.

   Enter date present pay period began. _____.

   (Present means the pay period in which this order and notice of garnishment were served)

   Enter date above pay period ends. _____.

3. Enter amount of net wages. Calculate below:

   (a) Gross Pay                          $_____

   (b) Federal income tax                 $_____

   (c) F.I.C.A. income tax                $_____

   (d) State income tax                   $_____

          Total of tax withholdings       $_____

          Net Wages                       $_____
          (a less total of b,c,d)

4. Have there been previous garnishments in effect?   Yes _____   No _____

   If the answers is yes, describe below.

   _____

   _____

5. The Garnishee has custody, control, or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|

As the contracted business services provider for the debtor, OCA advances estimated earnings of the petitioner generated from his orthodontic practice which OCA collects as the business service provider. OCA advances $4615 to the debtor from his practice funds every 2 weeks.

Garnishee anticipates owing to the judgment-debtor in the future the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

If you deny that you hold property subject to this order of garnishment, check the applicable line below.

___ The Garnishee makes the following claim of exemption on the part of Defendant:

_____.

___ The Garnishee has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim: _____

_____. The Garnishee was then in no manner and upon no account

indebted or under liability to the Defendant, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest, and is in no manner liable as Garnishee in this action.

The Garnishee mailed a copy of this answer by first-class mail to: (1) Jeffrey A. Guay, 5 Loudon Street, #2, Worcester, MA 01610; and (2) Christopher R. Donato, Assistant U.S. Attorney, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

_____
Garnishee

Subscribed and sworn to before me this 13th day of November 2006.

_____
Notary Public      03569

My Commission expires:

1. Be