UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY A. GUAY,<br>　　　　Defendant,<br><br>　　and<br><br>ORTHODONTIC SPECIALISTS OF<br>WESTERN NEW ENGLAND,<br>　　　　Garnishee. | MBD-03-10399- |

**ORDER**

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, Orthodontic Specialists of Western New England, is to disburse 20% percent of Jeffrey A. Guay's wages after all deductions required by law, excluding retirement deductions, to the Department of Justice, c/o United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210; Re: Jeffrey A. Guay -- USAO # 2003Z00467. Disbursements are required to be made until Jeffrey A. Guay's $21,867.73 judgment debt; plus 2.17 percent interest per annum on the principal amount as of the date of judgment; plus costs, is satisfied.

APPROVED:                                   SO ORDERED:

_William G. Young_                          _Elizabeth Smith_
UNITED STATES DISTRICT JUDGE                DEPUTY CLERK
                                            UNITED STATES DISTRICT COURT

DATED: