UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY A. GUAY, | ) | 03-10399-WGY |
|     Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ORTHODONTIC SPECIALISTS OF | ) | |
| WESTERN NEW ENGLAND, | ) | |
|     Garnishee. | ) | |

## AMENDED GARNISHMENT ORDER

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, Orthodontic Specialists of Western New England, is to disburse 20% percent of Jeffrey A. Guay's income after all deductions required by law, excluding retirement deductions, to the Department of Justice, c/o United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210;  Re: Jeffrey A. Guay -- USAO # 2003Z00467.  Disbursements are required to be made until Jeffrey A. Guay's $21,867.73 judgment debt; plus 2.17 percent interest per annum on the principal amount as of the date of judgment; plus costs, is satisfied.


APPROVED:                                                              SO ORDERED:


_____                    _____
UNITED STATES DISTRICT JUDGE                       DEPUTY CLERK
                                                                                        UNITED STATES DISTRICT COURT


DATED: