UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JEFFREY A. GUAY,<br>　　　　Defendant,<br><br>　　　　and<br><br>ORTHODONTIC SPECIALISTS OF<br>WESTERN NEW ENGLAND,<br>　　　　Garnishee. | )<br>)<br>)<br>)<br>)<br>)<br>)　　03-10399-WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AMENDED GARNISHMENT ORDER

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, Orthodontic Specialists of Western New England, is to disburse 20% percent of Jeffrey A. Guay's income after all deductions required by law, excluding retirement deductions, to the Department of Justice, c/o United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210; Re: Jeffrey A. Guay -- USAO # 2003Z00467. Disbursements are required to be made until Jeffrey A. Guay's $21,867.73 judgment debt; plus 2.17 percent interest per annum on the principal amount as of the date of judgment; plus costs, is satisfied.

APPROVED:                                          SO ORDERED:

_William G. Young_                                 _[signature]_
UNITED STATES DISTRICT JUDGE          DEPUTY CLERK
                                                                     UNITED STATES DISTRICT COURT

DATED: _December 28, 2006_